1 Your Name: Hameedullah Fnu
2 Your Address: ~~10501~~ 10501 Croetto Way Apartment 72 Rancho Cordova CA 95670
3 Phone Number: 916-214-5483
4 Email Address: hussammadina@gmail.com  Fnu.hameedullah@calbright college.org
5 Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CV25-8378**

Fnu Hameedullah

Case Number [leave blank]

Plaintiff,

v. The mission Essential Group.LLC 6530 W. Campus Oval suit 190 New Albany Ohio 43054

Defendant.

COMPLAINT

**LB**

DEMAND FOR JURY TRIAL

Yes ☒   No ☐

**FILED**

OCT 01 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

I. PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Fnu Hameedullah
Address: 10501 Croetto way Apt 72 Rancho Cordova CA Sacramento 95670
Telephone: 916-214-5483

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1 Name: The mission Essential Group.LLC 6530 W campus suit 190 New Albany Ohio 43054
Address:
Telephone: P+1855 7174596   F+1614 4162346

Defendant 2:

COMPLAINT    PAGE ___ OF ___    JDC TEMPLATE, UPDATED 11/2024

Hassanatullah Firu
Pastor (USA) Crosslife and Equipment Tz. Pamoja's
Cordova CA 95670
9/16-261-5423
hussanaatu@gmail.com    Firu.hamadullah@starbright
                        college.org

Firu Hamadullah

The Mission Potential
Camp.Llc.6890 w.
Company Overseas life yourself Mbarag
Ohio H8354

CV25-8978

ID

Firu Hamadullah
(USA) Crosslife way Apt 72 Pamoja Cordova CA
Sacramento USA 70
916-261-5423

The mission Potential brey. LLC 6890 W country
507 160 new Albany Ohio 43054

P+ (405) 717US14    Firu Hamadullah

| | |
|---|---|
| 1 | Name: _None_____ |
| 2 | Address: _____ |
| 3 | Telephone: _____ |
| 4 | Defendant 3: |
| 5 | Name: _____ |
| 6 | Address: _____ |
| 7 | Telephone: _____ |

## II. JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

    ☒ under <u>federal question jurisdiction</u> because it involves a federal law or right.

    Which federal law or right is involved?

    _____

    ☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III. VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

    ☒ a substantial part of the events I am suing about happened in this district.

    ☐ a substantial part of the property I am suing about is located in this district.

    ☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

1. ☒ at least one defendant is located in this District and any other defendants are located in California.

IV. **INTRADISTRICT ASSIGNMENT**

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in _Kabul Afghanistan_ County, it should be assigned to the _San Francisco_ Division of this Court.

V. **STATEMENT OF FACTS**

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6**. Use more pages as needed.

I Fnu Hameedullah worked for campany named Mission Essential Perssonel for 7 years and I got injured while I was assighned with USA Army at live mission abroad.

The injury happened in Kabul, Afghanistan in live mission and combat.
I immigrated in California USA on 2014 may 30 with empty hand and with 3 children.
I Fnu Hameedullah came in USA legally through SIVs program on 2014 30 may. And I was not able to work and support family due to my injury. and faced many consiquence and

COMPLAINT      PAGE ___ OF ___      JDC TEMPLATE, UPDATED 11/2024

Kabul Afghanistan

San Francisco

I Am Hameedullah worked for company named Mission Essential Personnel for 7 years and I got injured while I was assigned with USA army at [illegible] mission abroad.

The injury happened in Kabul, Afghanistan in the mission and combat.
I immigrated in California USA on 2014 may 20 with my wife and with 3 children.
I Am Hameedullah came in USA legally through SIV Program on 2014 30 may - And I was not able to work and support family due to my injury and faced many consequence and

struggles. I and my family seek justice and recovery and our expense in USA.

I Fnu can't work in USA, due to strong injury that happened while I was working with Mission Essensial Personnel/Group in Afghanistan Kabul.

I Fnu Hameedullah estated and explained the injury and fact about on why I am seeking justice from my employer. I have been injured on my job and has complain of my employer. I got brain injury and I was physically were assaulted while I was working with above company. I have completed my job assignment successfully with none complain and I have enough evidence or defend myself and my right.
Please let me know if further information needed.

Struggles . I and my family seek justice and recovery and our expenses in USA .

I can't work in USA due to strong injury that happened while I was working with Mission Essential Personnel/Group in Afghanistan Kabul .

I am Hammedullah stated and explained the injury and fact about on the why I am

Seeking justice from my employer .
I have been injured on my job and was complaint of my employer
I got brain injury and I was physically were assaulted while I was working with when company . I have completed my job assignment successfully with their complaint and I have enough certainty to defend myself and my right .
Please let me know if further information needed .

## VI. CLAIMS

### First Claim

Name the law or right violated:

Fnu Hameedullah

Name the defendants who violated it:

Mission Essential Personnel/Group

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Defendand violated my right and I seek Justice from court of Appeal in San Francisco

COMPLAINT                    PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024

_injury_ Claim

Name the law or right violated:

Fnu Hameedullah

Name the defendants who violated it:

Mission Essencial Group, Perssonnel

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

This employer violate my right and I Fnu Hameedullah got injured while I was working with this company.

COMPLAINT        PAGE ___ OF ___        JDC TEMPLATE, UPDATED 11/2024

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

I Fnu Hameedullah demond money from my emplyer, Misson Essential Group/Personnel because, I got injured and lost many things. I am seeking doctor and treatment, but I have no money. I Fnu Hameedullah demond money for my lost and injury. I want see doctor and need to see doctor. I am currently under mental clinic or doctor treatment and has no money to pay. I want 1 million $ One Million $ for my injury that happened at no fault of my own but my employe

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 01/10/2025   Sign Name: Hameedullah Fnu
                   Print Name: Hameedullah Fnu

COMPLAINT        PAGE ___ OF ___        JDC TEMPLATE, UPDATED 11/2024

Copy this page and insert it where you need additional space.

COMPLAINT                               PAGE ___ OF ___                          JDC TEMPLATE, UPDATED 11/2024



The Mission Essential Group, LLC
6530 W. Campus Oval, Suite 190
New Albany, Ohio 43054

P + 1 855 717 4596
F + 1 614 416 2346

02 May 2025

To whom it may concern:

RE: Employment Verification

This memo has been produced to verify the current employment of the below listed individual/linguist with Mission Essential as a linguist in Afghanistan.

| | |
|---|---|
| **Full Name** | HAMEEDULLAH, FNU |
| **Date of birth** | 01 January 1980 |
| **Tazkera #** | 421738 |
| **Job location/Position** | PRATT CAMP / Linguist translation services for the U.S. Military |
| **Employee ID #** | AFG-2192 |

**Employed Dates**

| ACTION | REASON | DATE | CONTRACT NAME / # |
|---|---|---|---|
| HIRED | HIRE DATE | 06/04/2008 | INSCOM OEF-A |
| TERMINATED | RESIGNATION - US IMMIGRATION VISA APPROVED | 30/04/2014 | DLITE I OEF-A |

**Current Status** RESIGNATION - US IMMIGRATION VISA APPROVED

For further assistance please feel free to contact the undersigned via email at hr.support@missionessential.com.

*Cristine Lee*
Cristine Lee
Human Resources Generalist
The Mission Essential Group, LLC

missionessential.com