UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Hameedullah Fnu,

    Plaintiff,

    v.

The Mission Essential Group, LLC,

    Defendant.

Case No. 2:25-cv-1345

Judge Michael H. Watson

Magistrate Judge Vascura

### ORDER

The Magistrate Judge performed an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommends that the Court dismiss this action without prejudice for lack of subject-matter jurisdiction. R&R, ECF No. 12. The Report and Recommendation ("R&R") notified Plaintiff of his right to object to that recommendation and of the consequences of failing to do so. *Id.* at 5–6.

Plaintiff failed to object. Accordingly, the Court **ADOPTS** the R&R without conducting a de novo review and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint for lack of subject-matter jurisdiction. The Clerk shall terminate this case.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT